**Malcom Maxwell RYIDU, a/k/a Richard Edward Janey, Plaintiff–Appellant,**

v.

**WESTERN CORRECTIONAL INSTI- TUTION; Jon P. Galley, Warden; Of- ficer Clise, CO II, 8–4 Shift; Officer Harbaugh, CO II, 4–12 Shift; Officer**

Thomas, CO IV, 8–4 Shift; D.M. Lancaster, Officer, CO III, 8–4 Shift; Officer Stickley, CO II, 8–4 Shift; D.M. Lancaster, CO IV, 8–4 Shift; J.L. Harbaugh, Officer, CO II, 4–12 Shift; Officer Oates, CO II, 4–12 Shift; J. Llewellyn, Officer, CO II, 4–12 Shift; Officer Thames, CO IV, 8–4 Shift, Defendants–Appellees.

No. 01–7270.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 28, 2001.

Malcom Maxwell Ryidu, Pro Se. John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Malcom Maxwell Ryidu appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Ryidu v. Western Corr. Inst.*, Nos. CA–01–52–H; CA–01–53–H; CA–01–58–H (D. Md. filed July 17, 2001 & entered July 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore the court and argument would not aid the decisional process.

*AFFIRMED.*